

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sebastian Lopez Hernandez | **Civil Action No.** 26-cv-04312-JLS-JLB |
| **Plaintiff,** | |
| V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court GRANTS IN PART Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) and ORDERS the Government to provide Petitioner with an individualized bond hearing under 8 U.S.C. § 1226(a). The Court DENIES IN PART the Petition to the extent that Petitioner requests to be released from custody. This concludes the litigation in this matter.

**Date:**           8/4/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Santiago

A. Santiago, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  26-cv-04312-JLS-JLB

Respondents:

Markwayne Mullins
in his official capacity as Secretary of Homeland Security

Christopher LaRose
in his official capacity as Warden of Otay Mesa Detention Center

Patrick Divver
in his official capacity as San Diego Field Office Director

ICE Enforcement Removal Operations

Todd Lyons
in his official capacity as Acting Director of ICE

Todd Blanche
Acting U.S. Attorney General

Immigration and Customs Enforcement

Department of Homeland Security